| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ADRIANE HICKMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CASE NO. 9:10-CV-140 |
| § | |
| LORELY MARTINEZ, *et al.,* § | |
| § | |
| Defendants. § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Defendants' Motion to Dismiss Plaintiff's Complaint (#12) be granted and that the claims against individual Defendants Lorely Martinez, Connie Edwards, Raymond Greenwood, and Karen Haas be dismissed with prejudice. The case will proceed against Defendant Suddenlink Communications only. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-entitled lawsuit is hereby **DISMISSED** with prejudice against Defendants Lorely Martinez, Connie Edwards, Raymond Greenwood, and Karen Haas. The case will proceed against Defendant Suddenlink Communications only.

Any motion not previously ruled on is **DENIED**.

SIGNED at Beaumont, Texas, this 6th day of January, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE